**DISMISS; and Opinion Filed July 21, 2017.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00083-CV

## IN THE MATTER OF KELLI DENISE TOUCHSTONE AND JOHN CHRISTOPHER REARDON

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV16-00741V**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated June 27, 2017, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170083F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF KELLI DENISE
TOUCHSTONE AND JOHN
CHRISTOPHER REARDON

No. 05-17-00083-CV

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. CV16-00741V.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee KELLI DENISE TOUCHSTONE recover her costs of this appeal from appellant JOHN CHRISTOPHER REARDON.

Judgment entered this 21st day of July, 2017.